# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SIMPSON,<br>　　　　Petitioner,<br>　　v.<br>JOSEPH W. MOSS, Warden,<br>　　　　Respondent. | CASE NO. 2:15-CV-04921-ODW (SK)<br>**JUDGMENT** |

Pursuant to the Order Denying Habeas Petition and Certificate of Appealability, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: October 2, 2017

HON. OTIS D. WRIGHT, II
U.S. DISTRICT JUDGE